IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JACOB EZEKIEL MARTINEZ, Defendant. | ) | Case No. 25-cr-03253 SMD |
| JOSHUA BLACK, Defendant. | ) | Case No. 25-cr-03354 MLG |
| JOSE MAGANA-GARCIA, Defendant. | ) | Case No. 25-cr-03549 JB |
| EDISON BRADY, Defendant. | ) | Case No. 24-cr-01105 MLG |
| JULIAN GUNTHER, Defendant. | ) | Case No. 25-cr-03366 JB |
| RAFAEL RAMIREZ-MARTINEZ, Defendant. | ) | Case No. 22-cr-01721 KWR |
| RYAN NOLAN KEE, Defendant. | ) | Case No. 25-cr-03356 KG |
| ALI ESQUEDA, Defendant. | ) | Case No. 25-cr-03250 JB |
| BRYSON CHEE, Defendant. | ) | Case No. 25-cr-03353 JB |
| LEON POELLNITZ, Defendant. | ) | Case No. 25-cr-03858 KG |
| LAKOTA S., Defendant. | ) | Case No. 25-cr-03837 MLG |
| JOHN CARLOS DOMINGUEZ, Defendant. | ) | Case No. 25-cr-03864 KG |
| AZARIAH CLEVELAND, Defendant. | ) | Case No. 25-cr-04145 DHU |
| MARTY LOPEZ, Defendant. | ) | Case No. 25-cr-04139 DHU |
| MABELENE GREY, Defendant. | ) | Case No. 25-cr-04141 KG |
| RICHARD SEDILLO, Defendant. | ) | Case No. 25-cr-03865 JB |
| ERIC SHAUN MCAFEE, Defendant. | ) | Case No. 25-cr-04418 MLG |
| KENDALL BENALLY, Defendant. | ) | Case No. 25-cr-04413 KG |
| DESIREE ARCHULETA, Defendant. | ) | Case No. 25-cr-04412 DHU |
| DOUGLAS ALAN MAGNUSON, Defendant. | ) | Case No. 25-cr-03856 KWR |
| JUSTIN OTHERMEDICINE, Defendant. | ) | Case No. 25-cr-03860 DHU |
| HORATION LUCERO, Defendant. | ) | Case No. 25-cr-03859 KWR |
| KYLE WHITEEAGLE, Defendant. | ) | Case No. 25-cr-04650 DHU |
| PAUL GALLEGOS, Defendant. | ) | Case No. 25-cr-03863 DHU |
| TJ JAMES, Defendant. | ) | Case No. 25-cr-04142 KWR |
| SHELTON ATOLE, Defendant. | ) | Case No. 25-cr-03360 MLG |
| TALELE MIKA, Defendant. | ) | Case No. 25-cr-04824 DHU |
| DESHAWN ROBERTSON, Defendant. | ) | Case No. 25-cr-04407 MLG |
| RANDALL PABLO, Defendant. | ) | Case No. 25-cr-05037 DHU |
| JOE DANIEL GOMEZ, Defendant. | ) | Case No. 25-cr-03351 MLG |
| ERNESTO MANUEL URIOSTE, Defendant. | ) | Case No. 25-cr-04140 KG |
| JAIME ESTRADA, Defendant. | ) | Case No. 25-cr-04147 DHU |
| SANTIAGO PEREZ, Defendant. | ) | Case No. 24-cr-01109 MLG |
| DANIEL GULIFORD, Defendant. | ) | Case No. 25-cr-05049 JB |

## NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL

Assistant United States Attorney Kimberly A. Brawley notifies the Court that she withdraws as counsel of record for the United States. The United States requests that Assistant United States Attorney Kimberly A. Brawley no longer receive notices, pleadings, and correspondence in the above-captioned case.

    Respectfully submitted,

    TODD BLANCHE
    Deputy Attorney General
    RYAN ELLISON
    First Assistant United States Attorney

    /s/ *Electronically Filed 01/28/2026*
    KIMBERLY A. BRAWLEY
    Assistant United States Attorney
    201 3rd St. NW, Suite 900
    Albuquerque, New Mexico 87102
    (505) 346-7274

I HEREBY CERTIFY that the foregoing pleading
was electronically filed, which caused counsel
of record to be served by electronic means.

/s/
KIMBERLY A. BRAWLEY
Assistant United States Attorney